**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VORTEX, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 24-CV-12996 <br><br> JUDGE CHARLES P. KOCORAS <br><br> MAGISTRATE JUDGE BETH W. JANTZ |

## FINAL JUDGMENT ORDER

This action, having been commenced by Vortex, Inc. ("Vortex" or "Plaintiff") against the Defendants identified on Schedule A to the Complaint, and using the online marketplace accounts therein (the "Defendant Internet Stores" or "Seller Aliases"), and Vortex, having moved for entry of Default and Default Judgment against the Defendants identified on the Amended Schedule A, attached hereto (collectively, the "Defaulting Defendants");

This Court, having entered upon a showing by Vortex, a Temporary Restraining Order and Preliminary Injunction against Defaulting Defendants, which included an asset restraining order;

Vortex, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants, since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. In the context of similar cases, ". . . a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In the present case, Plaintiff has presented screenshot evidence that each Defaulting Defendant Internet Store is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Internet Stores, through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademarks and Copyrights (the "Counterfeit Products"). See Docket No. [15], which includes screenshot evidence, confirming that each Defaulting Defendant does stand ready, willing, and able to ship the counterfeit goods to customers in Illinois, and the goods of which bear infringing and/or counterfeit versions of the TCM Trademarks, identified in Exhibit 1 to the Complaint, and/or which bear versions or derivative content of the TCM Copyrights, identified in Exhibit 2 to the Complaint.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*), and willful copyright infringement, pursuant to 17 U.S.C. § 504(c).

IT IS HEREBY ORDERED that Vortex's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the TCM Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine TCM Product or not authorized by Vortex to be sold in connection with the TCM Trademarks and Copyrights;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine TCM Product or any other product produced by Vortex, that is not Vortex's or not produced under the authorization, control or supervision of Vortex and approved by Vortex, for sale under the TCM Trademarks and Copyrights;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Vortex, or are sponsored by, approved by, or otherwise connected with Vortex;

   d. further infringing the TCM Trademarks and Copyrights and damaging Vortex's goodwill;

   e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Vortex, nor authorized by Vortex to be sold or offered for

sale, and which bear any of the TCM Trademarks and Copyrights, or any reproductions, counterfeit copies or colorable imitations thereof;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or Seller Alias account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit or infringing products; and,

g. operating and/or hosting websites at any other online marketplace or domain name registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the TCM Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine TCM Product, or not authorized by Vortex to be sold in connection with the TCM Trademarks and Copyrights.

2. Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces, including but not limited to, Alibaba Group Holding Ltd., Alipay.com Co., Ltd. ("Alipay"), AliExpress, Inc. ("AliExpress") and any related Alibaba entities (collectively, "Alibaba"), Amazon, Inc. ("Amazon"), eBay, Inc. ("eBay"), DHGate.com ("DHGate"), Printerval, Temu, and Walmart.com ("Walmart") (collectively referred to as the "Online Marketplaces"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant domain names, and domain name registrars, shall within five (5) business days of receipt of this Order:

a. Disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the TCM Trademarks and Copyrights, including any accounts associated with the Defendants;

  b. Disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the TCM Trademarks and Copyrights; and,

  c. Take all steps necessary to prevent links to the Seller Aliases identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3.  Pursuant to 15 U.S.C. § 1117(c)(2), Vortex is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit TCM Trademarks on products sold through at least the Defendant Internet Stores.

4.  Pursuant to 17 U.S.C. § 504(c)(2), Vortex is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the TCM Copyrights.

5.  Any third party who is providing services for any of the Defendants, or in connection with any of Defendant's websites at the online marketplace accounts or other websites operated by Defendants, including, without limitation, the Online Marketplaces, payment processors including eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), Payoneer, Inc. ("Payoneer"), Stripe, Inc. ("Stripe"), , Amazon Payments, Inc. ("Amazon"), DHGate.com ("DHGate"), DHGate.com ("DHGate"), Printerval, Temu,Walmart.com ("Walmart") and Alipay US, Inc. ("Alipay") (collectively referred to herein as "Third-Party Payment Providers"), any other payment processor, banks, and/or merchant account providers, shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace

accounts or websites, from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Online Marketplaces and Third-Party Payment Providers, are hereby released to Vortex as partial payment of the above-identified damages, and the Online Marketplaces and Third-Party Payment Providers are ordered to release to Vortex the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Vortex has recovered full payment of monies owed to it by any Defaulting Defendant, Vortex shall have the ongoing authority to serve this Order on the Online Marketplaces, Third-Party Payment Providers, and any banks, savings, and loan associations, other third-party payment processors, or other financial institutions, for any Defaulting Defendant or any of Defaulting Defendants' online marketplace accounts or websites, in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Third-Party Providers shall within five (5) business days:

a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites, including, but not limited to, any accounts connected to the information listed on Schedule A and the email addresses associated with the Defendants that are identified by either Defendants or third-parties;

b. Restrain and enjoin such accounts or funds that are based internationally, from transferring or disposing of any money or other assets of Defaulting Defendants; and,

    c. Release all monies restrained in Defaulting Defendants' accounts to Vortex, as partial payment of the above-identified damages;

    d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller Aliases shall disable and/or cease facilitating access to the Seller Aliases, including any other online marketplace accounts or seller alias names identified and/or being used and/or controlled by Defaulting Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeit and infringing copies or reproductions of Plaintiff's TCM Trademarks and Copyrights.

8. In the event that Vortex identifies any additional online marketplace accounts, domain names, third-party payment processors, and/or financial accounts owned by Defaulting Defendants, Vortex may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses originally identified and served, and any email addresses provided for Defaulting Defendants by third-parties.

9. The bond posted by Plaintiff in the amount of $10,000.00, and any applicable or earned interest, is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: April 11, 2025

 

_____
United States District Court Judge Charles P. Kocoras

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VORTEX, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> FUZHOU NICROLANDEE ARTS & CRAFT CO., LTD., ET AL., <br><br> DEFENDANTS. | CASE NO.: 24-CV-12996 <br><br> JUDGE CHARLES P. KOCORAS <br><br> MAGISTRATE JUDGE BETH W. JANTZ |

## SCHEDULE A

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | Fuzhou Nicrolandee Arts & Craft Co., Ltd. | https://nicroparty.en.alibaba.com |
| 2 | Guangzhou Manping Trading Firm | https://manping.en.alibaba.com |
| 3 | Henan Xingqu Toys Co., Ltd. | https://xingqu.en.alibaba.com |
| 4 | Huiyang Xinxu Tianxing Latex Products Factory | https://gdtianxing.en.alibaba.com |
| 5 | Huizhou Taijoy Technology Co., Ltd. | https://plustoys.en.alibaba.com |
| 6 | Shenzhen Hongnuo Garment Trade Import And Export Co., Ltd. | https://hnfs.en.alibaba.com |
| 7 | Shenzhen Newstar Electronic Technology Co., Ltd. | http://sznewstar.en.alibaba.com |
| 8 | Tonglu Qinyang E-Commerce Co., Ltd. | https://tlqy.en.alibaba.com |
| 9 | Yiwu City Langer Trading Firm | https://ywlanger.en.alibaba.com |
| 10 | YIWU HUIQUAN GARMENT CO.,LTD. | https://huiquanmask.en.alibaba.com |
| 11 | Yiwu Yili Trading Firm | https://ylimporting.en.alibaba.com |
| 12 | ALIEX PREESS B110 Store | aliexpress.com/store/1103950363 |
| 13 | ALIEX PREESS B99 Store | aliexpress.com/store/1103931243 |
| 14 | BBaduos Store | aliexpress.com/store/1101718391 |
| 15 | Clever Cotton Store | aliexpress.com/store/1103812147 |
| 16 | CosMask Store | aliexpress.com/store/1104129194 |
| 17 | Cosplay World Store | aliexpress.com/store/1103671112 |
| 18 | Cotton T-shirt Of Good Quality PK666 Store | aliexpress.com/store/1102435917 |
| 19 | CSWXD Store | aliexpress.com/store/1103874621 |
| 20 | DX44A Store | aliexpress.com/store/1103887485 |
| 21 | E65SX Store | aliexpress.com/store/1103877550 |
| 22 | EE50Z Store | aliexpress.com/store/1103854455 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 23 | Factory Suppliers Store | aliexpress.com/store/1101629364 |
| 24 | Funny Tee Store | aliexpress.com/store/1103569666 |
| 25 | Global Top Men Clothing Store | aliexpress.com/store/1102857865 |
| 26 | GSIA5 Store | aliexpress.com/store/1104001617 |
| 27 | GT15D Store | aliexpress.com/store/1103886472 |
| 28 | Jupiter Festival Store | aliexpress.com/store/1103852419 |
| 29 | KA87A Store | aliexpress.com/store/1103754158 |
| 30 | LJMAY Store | aliexpress.com/store/1101495572 |
| 31 | MaskONE Store | aliexpress.com/store/1104032501 |
| 32 | MQZIA Store | aliexpress.com/store/1103856466 |
| 33 | ON21D Store | aliexpress.com/store/1103858250 |
| 34 | QZA96 Store | aliexpress.com/store/1103269240 |
| 35 | Ry Boutique Stores Store | aliexpress.com/store/1103882158 |
| 36 | Ry Premium Tools Store | aliexpress.com/store/1103764560 |
| 37 | S41ZQ Store | aliexpress.com/store/1103854459 |
| 38 | Sazz6 Store | aliexpress.com/store/1103520296 |
| 39 | Shop Anime Cosplay Mask Store | aliexpress.com/store/1104037413 |
| 40 | Shop1102373654 Store | aliexpress.com/store/1103197014 |
| 41 | Shop1102812394 Store | aliexpress.com/store/1102811378 |
| 42 | Shop1103311685 Store | aliexpress.com/store/1103317654 |
| 43 | Shop1103393435 Store | aliexpress.com/store/1103399458 |
| 44 | Vintage T-shirt Store | aliexpress.com/store/1103477545 |
| 45 | Shop1103507089 Store | aliexpress.com/store/1103510080 |
| 46 | Shop1103508277 Store | aliexpress.com/store/1103511288 |
| 47 | Shop1103541075 Store | aliexpress.com/store/1103515716 |
| 48 | Shop1103614606 Store | aliexpress.com/store/1103611619 |
| 49 | Shop1103619084 Store | aliexpress.com/store/1103619085 |
| 50 | Shop1103675587 Store | aliexpress.com/store/1103675588 |
| 51 | Shop1103712404 Store | aliexpress.com/store/1103714421 |
| 52 | Shop1103720530 Store | aliexpress.com/store/1103720531 |
| 53 | Shop1103742529 Store | aliexpress.com/store/1103732712 |
| 54 | Shop1103751114 Store | aliexpress.com/store/1103740853 |
| 55 | Shop1103754078 Store | aliexpress.com/store/1103755040 |
| 56 | Shop1103755039 Store | aliexpress.com/store/1103749108 |
| 57 | Shop1103757319 Store | aliexpress.com/store/1103757320 |
| 58 | Shop1103935062 Store | aliexpress.com/store/1103942037 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 59 | Shop1103940036 Store | aliexpress.com/store/1103936054 |
| 60 | Shop1103945034 Store | aliexpress.com/store/1103937047 |
| 61 | Shop1103977010 Store | aliexpress.com/store/1103985006 |
| 62 | Shop1103977061 Store | aliexpress.com/store/1103977062 |
| 63 | Shop1103999751 Store | aliexpress.com/store/1103999752 |
| 64 | Shop1104031591 Store | aliexpress.com/store/1104027634 |
| 65 | Shop1104041029 Store | aliexpress.com/store/1104035928 |
| 66 | Shop1104057607 Store | aliexpress.com/store/1104059563 |
| 67 | Shopsft1103939383 Store | aliexpress.com/store/1103939384 |
| 68 | The More We Get Together Store | aliexpress.com/store/1103615494 |
| 69 | Top Sale Store | aliexpress.com/store/1101878166 |
| 70 | Us6f1 Store | aliexpress.com/store/1103525068 |
| 71 | Vintage 90s Tshirt Store | aliexpress.com/store/1102348057 |
| 72 | XAZ0W Store | aliexpress.com/store/1103879511 |
| 73 | Ya8wa Store | aliexpress.com/store/1103526067 |
| 74 | Yvfw1 Store | aliexpress.com/store/1103517350 |
| 75 | ZAQSA Store | aliexpress.com/store/1103274217 |
| 76 | A lucky boy | amazon.com/sp?seller=A2KKKGWMCAH4MK |
| 77 | DISMISSED | DISMISSED |
| 78 | NaiMoDongUs | amazon.com/sp?seller=AQUNVDVA0BBMW |
| 79 | DISMISSED | DISMISSED |
| 80 | ai829 | dhgate.com/store/21815455 |
| 81 | ai837 | dhgate.com/store/21815468 |
| 82 | allkingline | dhgate.com/store/21988360 |
| 83 | bailixi09 | dhgate.com/store/21583205 |
| 84 | bxhtqb | dhgate.com/store/21826900 |
| 85 | channelh | dhgate.com/store/21877663 |
| 86 | dorothystore | dhgate.com/store/22005595 |
| 87 | easycozy | dhgate.com/store/22008479 |
| 88 | ecmuyn | dhgate.com/store/21826861 |
| 89 | hoodies011 | dhgate.com/store/21914288 |
| 90 | hyf5456 | dhgate.com/store/21815355 |
| 91 | kangdan | dhgate.com/store/20349107 |
| 92 | liancheng09 | dhgate.com/store/21734003 |
| 93 | luckygirls2024 | dhgate.com/store/22002382 |
| 94 | nhuji | dhgate.com/store/21815086 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 95 | oklkuz | dhgate.com/store/21826923 |
| 96 | omqhcg | dhgate.com/store/21826928 |
| 97 | tybgt | dhgate.com/store/21815162 |
| 98 | ufo430 | dhgate.com/store/21815361 |
| 99 | uwmgut | dhgate.com/store/21826939 |
| 100 | vaiduryd | dhgate.com/store/21928046 |
| 101 | vgzbvs | dhgate.com/store/21826858 |
| 102 | xozojc | dhgate.com/store/21826862 |
| 103 | zhy0877 | dhgate.com/store/21815370 |
| 104 | cineprintsstore | ebay.com/sch/cineprintsstore |
| 105 | GoodLuckcome | ebay.com/str/5stars555 |
| 106 | HOT_Sport-95 | ebay.com/usr/hotsport95 |
| 107 | KC Tee 8 | ebay.com/str/kctee8 |
| 108 | onestopshopheaven | ebay.com/sch/onestopshopheaven |
| 109 | print.kr2 | ebay.com/str/michaelstshirtsii |
| 110 | SeedsOfCraft | ebay.com/str/seedsofcraft |
| 111 | shenzhenshengxiruid0 | ebay.com/sch/shenzhenshengxiruid0 |
| 112 | temtop_0 | ebay.com/usr/temtop_0 |
| 113 | thegeekyfactory | ebay.com/str/thegeekyfactory |
| 114 | Trend_Sport_95'S | ebay.com/str/trendsport95s |
| 115 | TTmodern | ebay.com/str/ktm16822 |
| 116 | yunchu-0 | ebay.com/sch/yunchu-0 |
| 117 | abbottscoville | printerval.com/shops/abbottscoville |
| 118 | agustinagatts | printerval.com/shops/agustinagatts |
| 119 | Bluey.store | printerval.com/shops/bluey-store |
| 120 | chivasisabella50 | printerval.com/shops/chivasisabella50 |
| 121 | Daczewitz | printerval.com/shops/daczewitz |
| 122 | Kroejimmy | printerval.com/shops/kroejimmy |
| 123 | oldenakcodymau | printerval.com/shops/oldenakcodymau |
| 124 | Schierbrock | printerval.com/shops/schierbrock |
| 125 | Sharkey | printerval.com/shops/sharkey |
| 126 | Ninakou face mask | temu.com/ninakou---m-634418214878298 |
| 127 | Dismissed | Dismissed |
| 128 | Xiyaoparty holiday accessories | temu.com/-accessories-m-634418212724549 |
| 129 | Beimao material co., ltd | walmart.com/seller/102595050 |
| 130 | chenwangshangmaoyouxian | walmart.com/seller/101643855 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 131 | Fly Bear Store | walmart.com/seller/102560658 |
| 132 | **Dismissed** | **Dismissed** |
| 133 | **Dismissed** | **Dismissed** |
| 134 | Siirigo | siirigo.com |
| 135 | Artsholic | artsholic.com |